**Josephine LAZERANO, Petitioner,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent.**

No. 2009–7133.

United States Court of Appeals, Federal Circuit.

Nov. 16, 2009.

Josephine Lazerano, Middle Island, NY, pro se.

Kenneth S. Kessler, Department of Justice, Washington, DC, for Respondent.

### ORDER

Petitioner having filed the required brief,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's November 3, 2009, 370 Fed.Appx. 81, 2009 WL 6084432, dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before December 7, 2009.